IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-184-H(2)

| | |
|---|---|
| CAROL DALENKO, | ) |
|     Plaintiff, | ) |
| v. | )    **ORDER** |
| NEWS AND OBSERVER PUBLISHING COMPANY and H. HUGH STEVENS, JR., | ) |
|     Defendants. | ) |

This matter is before the court on plaintiff's motion for reconsideration and plaintiff's motion for an extension of time to respond to the motion to dismiss filed by defendants on June 8, 2010. The court finds no basis for amending its prior order affirming Magistrate Judge Daniel's order denying plaintiff's motion for entry of default against defendants and therefore denies plaintiff's motion for reconsideration [DE #50]. In its discretion, the court hereby extends plaintiff's time for responding to defendants' June 8, 2010, motion to dismiss until January 12, 2011. Given the fact that plaintiff will have had over seven months to prepare her response, no further extensions will be granted.

This 10th day of January 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31