IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-184-H

| | |
|---|---|
| CAROL DALENKO,<br><br>    Plaintiff,<br><br>v.<br><br>NEWS AND OBSERVER PUBLISHING CO.,<br><br>    Defendant. | **ORDER** |

This matter is before the court on plaintiff's motion for reconsideration of this court's May 9, 2011, order denying her motion for an extension of time to appeal. The court finds no basis for amending its May 9, 2011, order and, therefore, DENIES plaintiff's motion for reconsideration [DE #81].

This 17th day of May 2011.

                                              /s/ Malcolm J. Howard
                                              MALCOLM J. HOWARD
                                              Senior United States District Judge

At Greenville, NC
#31